\UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUDI AG, et al.

        Plaintiffs,        CASE NO. 04-CV-70665

v.        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

        MONA K. MAJZOUB
BOB D'AMATO, et al.        UNITED STATES MAGISTRATE JUDGE

        Defendants.
_____/

## ORDER
### (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) AWARDING ATTORNEY'S FEES

Before the Court is the Magistrate Judge's January 3, 2007 Report and Recommendation awarding Plaintiffs $139,254.50 in attorney's fees. (Docket No. 79).

This Court awarded attorney's fees in connection with granting Plaintiffs' Motion for Summary Judgment. *See Audi AG v. D'Amato*, 381 F. Supp. 2d 644, 668-71 (E.D. Mich. 2005), *aff'd* 469 F.3d 534 (6th Cir. 2006). The Court referred the matter of the amount of attorney's fees to the Magistrate Judge on December 10, 2006.

Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2).

Having reviewed the conclusions of fact and law in the Report, the Court **ACCEPTS** the Magistrate Judge's January 3, 2007 Report and Recommendation and **AWARDS** Plaintiffs $139,264.50 in attorney's fees and no costs.

1

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: January 30, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 30, 2007.

        s/Denise Goodine
        Case Manager